# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mohammed S. Ibrahim,  Civ. No. 14-3026 (MJD/BRT)
        Plaintiff,

v.  ==AMENDED== ORDER

Mayo Clinic,
        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 7, 2016. Plaintiff objects to the Magistrate Judge's finding that he knowingly and voluntarily agreed to settle his claims.

Pursuant to statute, the Court has conducted a _de novo_ review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "motion for reconsideration or to reopen [his] case" (Doc. No. 69), is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  December 2, 2016  s/Michael J. Davis
        MICHAEL J. DAVIS
        United States District Court